In the Matter of the Application of HELEN SCHIROTT NESMITH for an Order, etc., Directing the Register of Kings County to Cancel of Record a Certain Lost Mortgage, etc.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

CHRISTIAN LOCKERT, as Administratrix, etc., of HANS EDWIN LOCKERT, Deceased, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs. Present Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

JOSEPH A. MARTIN, Respondent, v. ERIE RAILROAD COMPANY, Appellant. (Action No. 1.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

ANNA M. MEFFERT, Respondent, v. CONCRETE MATERIAL COMPANY, INC., Appellant, Impleaded with Another.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAXWELL W. GOLDBARD, Appellant.— Motion to dismiss appeal granted by default. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARY McKILLIGAN, Appellant.— Motion to dismiss appeal granted by default. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

MAY SHERIDAN, as Administratrix, etc., Plaintiff, Impleaded with MARY BRINEY, etc., Respondent, v. SYLVESTER ROSENTHAL, Impleaded with Another, etc., and Others, Appellants. MAY SHERIDAN, as Administratrix, etc., Plaintiff, Impleaded with MARY BRINEY, as Administratrix, etc., Respondent, v. SYLVESTER ROSENTHAL and Another, etc., and Others, Appellants. JOSEPH GAYDICA, Appellant.— Motion to stay the trial of the actions denied. The defendants entered upon the former trial without objection and without raising the question of the pendency of the criminal proceeding. We think it now too late to claim a postponement on that ground. Moreover, the defendants voluntarily made full and exhaustive statements to the district attorney, which were read in evidence on the hearing before the committing magistrate, and since the reversals and the restoration of the cases to the day calendar for trial they have repeatedly answered "ready." Kelly, P. J., Manning, Kelby and Kapper, JJ., concur; Rich, J., dissents.

MINNIE STIEHL and Another, Respondents, v. CONCRETE MATERIAL COMPANY, INC., Appellant, Impleaded with Another.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.